**Barbara WALSH, Respondent,**

v.

**James Michael WALSH, Appellant.**

**No. WD 34757.**

Missouri Court of Appeals,
Western District.

Sept. 18, 1984.

M. Sperry Hickman, Independence, for appellant.

Theodore C. Beckett, III, Kansas City, for respondent.

Before CLARK, P.J., and SHANGLER and NUGENT, JJ.

ORDER

PER CURIAM:

Appeal from circuit court separation decree awarding respondent the custody of the parties' minor child and partial attorney's fee. Judgment affirmed. Rule 84.-16(b).

**Gloria L. STILL, Respondent,**

v.

**Wendell CHARLES and Opal Charles, Husband and Wife, Appellants.**

**No. WD 34885.**

Missouri Court of Appeals,
Western District.

Sept. 18, 1984.

Clifford B. Mayberry of Mayberry & Mayberry, Kirksville, for appellants.

Tom B. Brown of Brown, Phillips & Brown, Edina, for respondent.

Before TURNAGE, C.J., and MANFORD and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

This is an appeal from a judgment quieting title to real property, ordering ejectment, and awarding damages for removal of fencing.

The judgment is affirmed. Rule 84.16(b).